ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANCIS A. ARENAS
Nevada Bar No. 6557
Francis.Arenas@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant State Farm Mutual*
*Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MOSES CAYABAN NATIVIDAD, individually, | Case No.: 2:25-cv-01039-JAD-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED between Plaintiff MOSES CAYABAN NATIVIDAD ("Plaintiff"), by and through his counsel, MOSS BERG INJURY LAWYERS, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's

///
///
///
///
///

163828250.1

claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

Dated this 10 day of October, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANCIS A. ARENAS
Nevada Bar No. 6557
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant State Farm Mutual Automobile Insurance Company

Dated this 7 day of October, 2025

MOSS BERG INJURY LAWYERS

/s/
Boyd B. Moss III, Esq.
Nevada Bar No. 8856
John C. Funk, Esq.
Nevada Bar No. 9255
5420 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
Attorneys for Plaintiff

**ORDER**

Based on the parties' stipulation **[ECF No. 11]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 20, 2025

163828250.1                              2